UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Dennis A. Hudson                :              Case #: 05-57935

                                        :              Chapter 13

                                        :              Judge Hoffman

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: November 29, 2010                /s/ Frank M. Pees_____
                                        Frank M. Pees
                                        Chapter 13 Trustee


Name and Address                        Amount
SN Servicing Corp.                      $57.60
Dept. 1710
Denver, CO 80291